IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH A. SMITH,

      Plaintiff,                   No. 2:10-cv-2537 KJN P

   vs.

SACRAMENTO SUPERIOR
COURT, et al.,

      Defendants.           ORDER

        On October 5, 2010, plaintiff consented to proceed before the undersigned for all purposes. See 28 U.S.C. 636(c). By order filed November 5, 2010, plaintiff's amended complaint was dismissed and thirty days leave to file a second amended complaint was granted. The thirty day period has now expired, and plaintiff has not filed a second amended complaint or otherwise responded to the court's order. Accordingly, IT IS HEREBY ORDERED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

DATED: December 9, 2010

                                      KENDALL J. NEWMAN
                                      UNITED STATES MAGISTRATE JUDGE

smit2537.fta